**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01586-CR

**SYLVIA ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F01-16575-X**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **ORDER** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 9, a CD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debi Harris, Deputy Official Court Reporter; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/      LANA MYERS
          JUSTICE